UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

---------------------------------

Encore Technologies, L.L.C.,

Plaintiff,

vs.

Ecosoil Systems, Inc.,

Defendant.

---------------------------------

Case No. 01 CV 1284 DSD/JMM

**STIPULATION AND ORDER EXTENDING TIME TO ANSWER**

The parties in the above-captioned matter, through their undersigned counsel, stipulate and agree that the time within which defendant Ecosoil Systems, Inc. shall answer, move or otherwise plead to the Complaint shall be extended to August 3, 2001. The Court is requested to approve this stipulation and agreement by entering its order as provided.

Dated: 7/18/01

LEONARD, STREET AND DEINARD

By: Jeffrey B. Grell

Jeffrey B. Grell
Suite 2300
150 South Fifth Street
Minneapolis, Minnesota 55402
(612) 335-1500

Attorneys for Plaintiff

JUL 19 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: 7/18/01

KELLY & BERENS, P.A.

By: [signature]

George O. Luecke 64877
Erin K. Fogarty Lisle 238168
3720 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
(612) 349-6171

LATHAM & WATKINS
Peter H. Benzian 047456
Suite 2100
702 B Street
San Diego, California 92101-8197
(619) 236-1234

Attorneys for Defendant

**ORDER**

SO ORDERED.

Dated: July 19, 2001

BY THE COURT: [signature]

John M. Mason
United States District Court
Magistrate Judge

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500