139430

RECEIVED
BY MAIL
APR 09 2002
CLERK US DIST COURT
ST PAUL, MN

# UNITED STATES DISTRICT COURT
## District of Minnesota

Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: 01 CV 1284 (DSD/JMM) Case Title: Encore Technologies, LLC v. Eco Soil Systems, Inc.

### Affidavit of Movant

I, Erin K. Fogarty Lisle, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Peter Benzian, an attorney admitted to practice in the Southern District of California, but not admitted to the bar of this court, who will be counsel for the ( )plaintiff (X)defendant Eco Soil Systems in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

| Signature | MN Attorney License # | Date |
|---|---|---|
| [signature] | 238168 | April 8, 2002 |

### Affidavit of Proposed Admittee

I, PETER H. BENZIAN, am currently a member in good standing of the U.S. District Court for the Southern District of California, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

| Type/Print Name | Signature | Date |
|---|---|---|
| PETER H. BENZIAN | [signature] | March 26, 2002 |

Attorney License Number: CA Bar No. 047456

Law Firm Name & Address: LATHAM & WATKINS

701 B Street, Suite 2100 - 8197

San Diego, California 92101

Telephone: (619) 236-1234

Motion Granted: [signature]
For the Court: Richard D. Sletten, Clerk

Date: APR 09 2002

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

FILED APR 09 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.______
DEPUTY CLERK______