# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Encore Technologies, L.L.C., Case No. Civil 01-1284 DSD/SRN

v. **JUDGMENT IN A CIVIL CASE**

Eco Soil Systems, Inc.,

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT:

Plaintiff's motion for summary judgment is granted.

Judgment is entered in favor of plaintiff as to count 1 of plaintiff's complaint.

Defendant's counterclaims, counts 1 and 2, are dismissed with prejudice.

DATE: July 2, 2002

RICHARD E. SLETTEN, CLERK

Julie Rustad

Julie Rustad, Deputy Clerk

28