**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Encore Technologies, L.L.C.,** **Civil No. 01-1284 DSD/SRN**

**Plaintiff,**

**v.** **ORDER OF RECUSAL**

**Ecosoil Systems Inc.,**

**Defendant.**

---

Pursuant to the provisions of 28 U.S.C. §455(a), the undersigned hereby recuses herself in this matter. By separate notice, the parties will be advised by the Clerk of Court as to the new Magistrate Judge on this matter.

DATED: July 2, 2002

Susan Richard Nelson

SUSAN RICHARD NELSON
United States Magistrate Judge

JUL 02 2002
FILED ______
Richard D. Sletten, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______

Encore Technologies

vs 01-1284DSD/FLN

Ecosoil Systems Inc

Pursuant to an Order of Recusal by Magistrate Judge Susan R. Nelson, this action has been re-assigned to Magistrate Judge Franklin L. Noel. Please note the change in initials in the above file number and refer to the new MJ initials when submitting materials to the court. Please also note that Judge Doty remains the presiding judge in this action.