# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Encore Technologies, L.L.C.,

v.

Eco Soil Systems, Inc.,

Case No. Civil 01-1284 DSD/FLN

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT:

Judgment is entered in favor of plaintiff Encore Technologies in the amount of $360,821.50 as to Count I of its complaint.

DATE: July 11, 2002

RICHARD E. SLETTEN, CLERK

Julie Rustad

Julie Rustad, Deputy Clerk

31